UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan Genaro HANLEY, Defendant—
Appellant.

No. 03–10143.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2004.*

Decided March 26, 2004.

Frederick A. Battista, AUSA, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gregory Parzych, Esq., Attorney at Law, Mesa, AZ, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and CLIFTON, Circuit Judges.

MEMORANDUM **

Juan Genaro Hanley appeals his guilty plea conviction and 21–month sentence for failure to surrender for service of sentence, in violation of 18 U.S.C. §§ 3146(a)(2), (b)(A)(ii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hanley has filed a brief stating that he finds no arguable issues for review, along with a motion to withdraw as counsel of

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

